UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cr10-MOC

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
| Plaintiff, | ) |   |
| v. | ) | **FINAL ORDER AND JUDGMENT CONFIRMING FORFEITURE** |
| ANDRE GLOVER, | ) |   |
| Defendant. | ) |   |

This matter is before the court on the government's motion for final order and judgment confirming forfeiture [docket no. 17]. On July 20, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count One in the Bill of Indictment and evidence already on record; and was adjudged guilty of the offense charged in that count.

On July 21, 2011 through August 19, 2011, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from July 21, 2011 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final.

All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One Smith & Wesson SW380 pistol, serial number RAH4662; and**

**Six (6) rounds of .380 caliber ammunition.**

Signed: September 22, 2011

Max O. Cogburn Jr.
United States District Judge